Honorable John C. Coughenour

CC: TO JUDGE MR

FILED ENTERED
LODGED RECEIVED

APR 20 2001 MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

LODGED ENTERED
        RECEIVED
APR 25 2001
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REBECCA HUGHES, et al.,

    Plaintiffs,

v.

MICROSOFT CORPORATION, et al.,

    Defendants.

No. C98-1646C

---

DONNA VIZCAINO, et al.,

    Plaintiffs,

v.

MICROSOFT CORPORATION, et al.,

    Defendants.



**FINAL JUDGMENT AND ORDER OF DISMISSAL**

Upon the Court's Findings of Fact and Conclusions of Law entered March 26, 2001 approving the December 8, 2000 Class Action Settlement Agreement as amended March 14, 2001, and upon the Court's Order entered April 16, 2001 regarding attorney's fees, it is hereby

ORDERED:

FINAL JUDGMENT AND ORDER OF DISMISSAL - 1
K:\00101\00764\CSA\CSA_P31PK

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1.     The Class Action Settlement Agreement of December 8, 2000, as amended March 14, 2001 (hereafter "Agreement"), is fair, reasonable and adequate and is approved in its entirety pursuant to Federal Rule of Civil Procedure 23(e).

2.     The above-captioned actions are hereby dismissed with prejudice and without costs to any party.

3.     The Court expressly retains continuing jurisdiction in accordance with the terms of the Agreement and Federal Rule of Civil Procedure 23(e). The reservation of jurisdiction by the Court shall not affect the finality of this Final Judgment and Order of Dismissal.

**SO ORDERED** this 17 day of April, 2001.

_____
John C. Coughenour
Chief United States District Judge

Presented by:

PRESTON GATES & ELLIS LLP

By _____
Carol S. Arnold, WSBA # 18474
Attorneys for Defendants

BENDICH, STOBAUGH & STRONG, P.C.

By _____
David F. Stobaugh, WSBA #6396
Attorneys for Plaintiffs

FINAL JUDGMENT AND ORDER OF DISMISSAL - 2

K:\00101\00764\CSA\CSA_P31PK

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022