UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONNA VIZCAINO, et al.,

        Plaintiffs,

  v.

MICROSOFT CORPORATION, et al.,

        Defendants.

CASE NO. C93-0178C

ORDER

      This matter has come before the Court on twenty-one class members' appeals on the merits from the Settlement Administrator's determination disallowing their claims. The Court referred the appeals to the Honorable Mary Alice Theiler, United States Magistrate Judge, for a report and recommendation ("R&R"). The R&R was entered on March 22, 2005. Only one class member, Rodney Cook, filed objections to the R&R within the time allotted for objections. Having reviewed Mr. Cook's objections and the Settlement Administrator's response thereto, the Court is satisfied that Mr. Cook's objections are based on a misapprehension of the way members' inclusion in an Offering Period is determined.

      Therefore, the Court hereby ADOPTS the R&R and DENIES the class members' appeals on the merits.

      Within five (5) business days of the entry of this Order, the Settlement Administrator, Rust

ORDER – 1

1  Consulting, is directed to mail a copy of the Order to each of the individuals who filed an appeal.

2  Additionally, a copy of the Order will be sent to counsel of record (via electronic notification) and to

3  Magistrate Judge Theiler.

4      SO ORDERED this <u>22nd</u> day of April, 2005.

                                          */s/ John C. Coughenour*
                                UNITED STATES DISTRICT JUDGE

26  ORDER – 2